# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF MARYLAND 1:06-M-2081-SKG

| UNITED STATES OF AMERICA vs. HENRY, GLENFORD N Defendant. | Violation Notice Number(s) X0525707 · MD41 DRIVE W/SUSPENDED LIC | Violation Date(s) 01/27/2006 07-206-M-01 |
|---|---|---|

FAILURE TO APPEAR FOR INITIAL APPEARANCE ON JULY 28, 2006.

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

## WARRANT OF ARREST

**FILED**

MAY 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date  7/31/06

_United States Magistrate Judge_
JAMES K. BREDAR

### RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
|  |  |  |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE 05/07/07 | LOCATION D.C. District Court |
|---|---|

Name  William Morm   Title  DUSM   District  016

Date  05/07/07   Signature

# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| X 0525707 | CULP | 605 |

CVB Location Code: MD-41

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 01/27/2006 1555 | 16-303 F |

Place of Offense: VCP-6

Offense Description: Driving on highway, public use property on suspended out of state license

### DEFENDANT INFORMATION

| Last Name | First Name |
|---|---|
| HENRY | GLENFORD N |

| City | State | Zip Code |
|---|---|---|
| New Market | MD | 21774 |

Driver's License No: _____ DL State: MD

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female

### VEHICLE DESCRIPTION

| Tag | State | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| TBD | MD | BL | BR | 5'8" | 150 |

Make/Model: Kia/Optima  Color: RED

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $ _____

| $ | Forfeiture Amount |
| + $25 | Processing Fee |
| $ | Total Collateral Due |

### YOUR COURT DATE

(If no court appearance date is shown you will be notified of your appearance date by mail.)

Court Address: TBD

| Date (mm/dd/yyyy) | Time (mm/dd) |
|---|---|
| 01/27/2006 | 1618 hrs |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature] Glenford Henry

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____    _____
  Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
  Date (mm/dd/yyyy)    U.S. Magistrate Judge