AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_for the_ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

**FILED**
MAY 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

_Glenford Henry_
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: _07-206M_

CHARGING DISTRICTS
CASE NUMBER: _X0525707 MD 41_

I understand that charges are pending in the _____ District of _Maryland_ alleging violation of _16-303F_ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Glenford Henry_
Defendant

_May 7, 2007_
Date

_Wain Jahn_
Defense Counsel